IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

ROBERT LIGON,

    Petitioner,

v.                                    CIVIL ACTION NO. 1:18-00057

BARBARA RICKARD, Warden

    Respondent.


**<u>MEMORANDUM OPINION AND ORDER</u>**

By Standing Order, this action was referred to United
States Magistrate Judge Cheryl A. Eifert for submission of
findings and recommendation regarding disposition pursuant to 28
U.S.C. § 636(b)(1)(B). Magistrate Judge Eifert submitted to the
court her Findings and Recommendation on August 1, 2019, in
which she recommended that the court deny petitioner's Writ of
Habeas Corpus Pursuant to 28 U.S.C. § 2241, ECF No. 1; grant
respondent's request for dismissal, ECF No. 10; dismiss this
action with prejudice; and remove this matter from the court's
docket.

In accordance with the provisions of 28 U.S.C. § 636(b),
the partied were allotted fourteen days and three mailing days
in which to file any objections to Magistrate Judge Eifert's
Findings and Recommendation. The failure of any party to file
such objections within the time allowed constitutes a waiver of

such party's right to a <u>de novo</u> review by this court.  <u>Snyder v.</u>
<u>Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

Objections to the Proposed Findings and Recommendation were
due by August 19, 2019.  Neither party filed any objections to
the Magistrate Judge's Findings and Recommendation within the
requisite time period.

Accordingly, the court adopts the Findings and
Recommendation of Magistrate Judge Eifert as follows:

1.  Petitioner's Writ of Habeas Corpus Pursuant to 28
    U.S.C. § 2241 is **DENIED;**

2.  Respondent's request for dismissal is **GRANTED;**

3.  The case is **DISMISSED** with prejudice; and

4.  The Clerk is directed to remove this case from the
    court's active docket.

The Clerk is further directed to forward a copy of this
Memorandum Opinion and Order to counsel of record and
unrepresented parties.

**IT IS SO ORDERED** this 19th day of December, 2019.

ENTER:

David A. Faber
Senior United States District Judge